| | |
|---|---|
| John Michael Vazquez, Esq.<br>**CRITCHLEY, KINUM & VAZQUEZ**<br>75 Livingston Avenue, 3rd Floor<br>Roseland, NJ 07068<br>Telephone: (973) 422-9200<br>Facsimile: (973) 422-9700 | Steven L. Penaro, Esq.<br>Michael E. Johnson, Esq. *(pro hac vice)*<br>Natalie C. Clayton, Esq. *(pro hac vice)*<br>Gary D. Adamson, Esq. *(pro hac vice)*<br>**ALSTON & BIRD LLP**<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 210-9400<br>Facsimile: (212) 210-9444 |
| -------and--------- | |
| Frank G. Smith, III., Esq. *(pro hac vice)*<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777 | |

*Attorneys for Mylan Inc. and Mylan Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MYLAN INC. and**<br>**MYLAN PHARMACEUTICALS INC.,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**SMITHKLINE BEECHAM CORPORATION**<br>(n/k/a GlaxoSmithKline LLC)<br>d/b/a **GLAXOSMITHKLINE,**<br>**SMITHKLINE BEECHAM P.L.C.** (n/k/a<br>SmithKline Beecham, Limited) and<br>**SmithKline Beecham (Cork) Limited** (successor<br>to **SB PHARMCO PUERTO RICO, INC.**),<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 10-4809 (JAP)(LHG)**<br><br>**RETURN DATE: February 24, 2014**<br><br>*Document Electronically Filed* |

**NOTICE OF MOTION *IN LIMINE* NO. 12**
**TO EXCLUDE TESTIMONY BY GSK'S DAMAGES EXPERT CARLA S. MULHERN**

**TO:** Thomas A. Cunniff
FOX ROTHSCHILD LLP
Princeton Lake Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
tcunniff@foxrothschild.com

F. Christopher Mizzo
Michael A. Pearson, Jr.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
cmizzo@kirkland.com
mpearson@kirkland.com

*Attorneys for Defendants
GlaxoSmithKline LLC, SmithKline
Beecham, Limited and SmithKline
Beecham (Cork) Limited*

**PLEASE TAKE NOTICE** that on February 24, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Mylan Inc. and Mylan Pharmaceuticals, Inc., (collectively "Mylan"), by and through their attorneys, will appear before the Hon. Joel A. Pisano, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and will move this Court *in limine* for the entry of an Order:

a. Granting Mylan's motion *in limine* no. 12 to exclude testimony by GSK's damages expert Carla S. Mulhern; and

b. Granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE THAT** in support of the foregoing application, Mylan shall rely upon the accompanying Brief in Support of Its Motion *In Limine* No. 12 and the Declaration of Gary D. Adamson, dated February 7, 2014, with exhibits attached thereto. A proposed form of Order granting Mylan's motion is also enclosed.

2

**PLEASE TAKE FURTHER NOTICE THAT**, answering papers, if any, are to be filed on or before February 18, 2014.

Dated this 7th day of February, 2014

Respectfully submitted,

/s/ Steven L. Penaro

John Michael Vazquez, Esq.
**CRITCHLEY, KINUM & VAZQUEZ**
75 Livingston Avenue, 3rd Floor
Roseland, NJ 07068
Telephone: (973) 422-9200
Facsimile: (973) 422-9700

-------and---------

Frank G. Smith, III., Esq. *(pro hac vice)*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Steven L. Penaro, Esq.
Michael E. Johnson, Esq. *(pro hac vice)*
Natalie C. Clayton, Esq. *(pro hac vice)*
Gary D. Adamson, Esq. *(pro hac vice)*
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Plaintiffs Mylan Inc.
and Mylan Pharmaceuticals Inc.*