## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MYLAN INC. and <br> MYLAN PHARMACEUTICALS INC., <br><br>            **Plaintiffs,** <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION <br> (n/k/a GlaxoSmithKline LLC) <br> d/b/a GLAXOSMITHKLINE, <br> SMITHKLINE BEECHAM P.L.C. (n/k/a <br> SmithKline Beecham, Limited), and <br> SmithKline Beecham (Cork) Limited (successor <br> to SB PHARMCO PUERTO RICO, INC.), <br><br>            **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> )    **Civil Action No. 10-04809 (JAP)(LHG)** <br> ) <br> ) <br> ) <br> )    **RETURN DATE: February 24, 2014** <br> ) <br> ) <br> )    *Document Electronically Filed* <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER GRANTING MOTION *IN LIMINE* NO. 12

**THIS MATTER** having been opened to the Court by Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan"), by and through their attorneys, on notice to other counsel of record, and the Court having read and considered the papers submitted therewith, and for good cause shown,

     **IT IS** on this ____ day of _____ 2014;

     **ORDERED** that Mylan's Motion *in limine* to exclude testimony by GSK's damages expert Carla S. Mulhern is granted; and it is further

     **ORDERED** that such other and further relief as this Court deems just and proper is granted.

- 2 -

Dated: _____, 20__


_____

Honorable Joel A. Pisano, U.S.D.J.