NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | Civil Action No. 10-cv-4809 |
| Plaintiffs, | **ORDER** |
| v. |  |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, SMITHKLINE BEECHAM P.L.C., and SMITHKLINE BEECHAM (CORK) LIMITED, |  |
| Defendants. |  |

PISANO, District Judge

Presently before the Court are three (3) post-trial motions: (1) Plaintiffs', Mylan Inc. and Mylan Pharmaceuticals, Inc. (collectively "Plaintiff" or "Mylan") motion for permanent injunctive relief and an accounting by Defendants, Smithkline Beecham Corporation d/b/a Glaxosmithkline, Smithkline Beecham P.L.C., and Smithkline Beecham (Cork) Limited (collectively "Defendants" or "GSK") [docket #384]; (2) Plaintiffs' motion for prejudgment interest pursuant to Federal Rule of Civil Procedure 59(e) [docket #394]; and (3) Defendants' motion for judgment as a matter of law ("JMOL"), new trial, and/or remittitur [docket #399]. The parties have each opposed the respective motions. The Court having read and considered the papers thereto, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 16th day of July, 2014,

**ORDERED** that Mylan's Motion for a Permanent Injunction and an Accounting [docket #384] is GRANTED in its entirety; and it is further

**ORDERED** that Mylan's Motion for Prejudgment Interest [docket #394] is GRANTED in part and DENIED in part; and it is further

**ORDERED** that Mylan is to submit a supplemental filing to this Court within thirty (30) days from the entry of this Order containing a prejudgment interest calculation consistent with the Court's Opinion; and it is further

**ORDERED** that GSK's Motion for Judgment as a Matter of Law, a New Trial and/or Remittitur [docket #399] is DENIED in its entirety.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge