FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
BY:   Thomas A. Cunniff, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Telephone: (609) 896-3600

KIRKLAND & ELLIS LLP
BY:   F. Christopher Mizzo, Esq. (admitted *pro hac vice*)
       Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
       Michael A. Pearson, Jr., Esq. (admitted *pro hac vice*)
       Craig T. Murray, Esq. (admitted *pro hac vice*)
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 879-5000

Attorneys for Defendants GlaxoSmithKline LLC, SmithKline Beecham, Limited, and SmithKline Beecham (Cork) Limited

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION (n/k/a GLAXOSMITHKLINE LLC), d/b/a GLAXOSMITHKLINE, SMITHKLINE BEECHAM P.L.C. (n/k/a, SMITHKLINE BEECHAM LIMITED, and SMITHKLINE BEECHAM (CORK) LTD (successor to SB PHARMCO PUERTO RICO, INC.),<br><br>                                   Defendants. | Civil Action No. 10-4809 (JAP) (LHG)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that GlaxoSmithKline LLC (formerly known as SmithKline Beecham Corporation) doing business as GlaxoSmithKline, SmithKline Beecham, Limited

1

(formerly known as SmithKline Beecham, P.L.C.), and SmithKline Beecham (Cork) Limited, defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from: (1) the April 1, 2014 Judgment (Dkt. No. 389); (2) the July 16, 2014 Order (i) granting Plaintiffs' Motion for a Permanent Injunction and an Accounting; (ii) granting-in-part and denying-in-part Plaintiffs' Motion for Prejudgment Interest; and (iii) denying Defendants' Motion for Judgment as a Matter of Law, a New Trial and/or Remittitur (Dkt. No. 408); (3) all orders, rulings, findings, and conclusions of the district court preceding or relating to the district court's April 1, 2014 Judgment (Dkt. No. 389); and (4) all other orders, rulings, findings, or conclusions adverse to defendants.

Dated  August 15, 2014

FOX ROTHSCHILD LLP
*Counsel for Defendants GlaxoSmithKline LLC, SmithKline Beecham, Limited and SmithKline Beecham (Cork) Limited*

By: /s/ Thomas A. Cunniff
     THOMAS A. CUNNIFF

*Of Counsel:*

F. Christopher Mizzo *(pro hac vice)*
Gregg F. LoCascio *(pro hac vice)*
Michael A. Pearson, Jr. *(pro hac vice)*
Craig T. Murray *(pro hac vice)*

KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

## CERTIFICATE OF SERVICE

I, Thomas A. Cunniff, hereby certify that the foregoing Notice of Appeal was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Thomas A. Cunniff
Thomas A. Cunniff

Dated: August 15, 2014

## CERTIFICATE OF SERVICE

I, Thomas A. Cunniff, hereby certify that the foregoing Notice of Appeal was filed electronically. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Thomas A. Cunniff
Thomas A. Cunniff

Dated: August 15, 2014