UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
AUG 25 2014
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION<br>(n/k/a GlaxoSmithKline LLC)<br>d/b/a GLAXOSMITHKLINE,<br>SMITHKLINE BEECHAM P.L.C. (n/k/a<br>SmithKline Beecham, Limited), and<br>SmithKline Beecham (Cork) Limited (successor<br>to SB PHARMCO PUERTO RICO, INC.),<br><br>Defendants. | Civil Action No. 10-04809 (JAP)(LHG)<br><br>*Document Electronically Filed* |

## [~~PROPOSED~~] ORDER GRANTING
## PRE-JUDGMENT INTEREST

**THIS MATTER** having been opened to the Court by Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan"), by and through their attorneys, on notice to other counsel of record, and the Court having read and considered the papers submitted therewith, and for good cause shown,

IT IS on this 25 day of August 2014;

**ORDERED** Plaintiffs' request for prejudgment interest in the amount of $247,869 is **granted**; and

**IT IS FURTHER ORDERED** that the judgment herein (D.E. 408) be amended to include an award of prejudgment interest in the amount of $247,869.

Dated: August 25, 2014

_____
Honorable Joel A. Pisano, U.S.D.J.