UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION<br>(n/k/a GlaxoSmithKline LLC)<br>d/b/a GLAXOSMITHKLINE,<br>SMITHKLINE BEECHAM P.L.C. (n/k/a<br>SmithKline Beecham, Limited), and<br>SmithKline Beecham (Cork) Limited (successor<br>to SB PHARMCO PUERTO RICO, INC.),<br><br>        Defendants. | RECEIVED<br>JAN 22 2015<br>AT 8:30 _____ M<br>WILLIAM T. WALSH CLERK<br><br>Civil Action No. 10-04809 (JAP)(LHG)<br><br>*Document Electronically Filed* |

## STIPULATION AND ORDER REGARDING SUPPLEMENTAL DAMAGES

WHEREAS Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc. (together, "Mylan") moved this Court on March 28, 2014, for an accounting from Defendants SmithKline Beecham Corp. (n/k/a GlaxoSmithKline LLC), SmithKline Beecham P.L.C. (n/k/a SmithKline Beecham, Limited), and SmithKline Beecham (Cork) Limited (together, "GSK") to account of their sales of Paroxetine CR to Apotex Inc. and Apotex Corp. (together, "Apotex") beginning October 1, 2013, and of Apotex's sales of AG Paxil CR® beginning April 1, 2014, through the date of the order awarding Mylan's motion (D.E. 384);

WHEREAS the Court granted Mylan's motion for an accounting in an order ruling on multiple motions on July 16, 2014 (the "July 16, 2014 Order") (D.E 407, D.E. 408);

WHEREAS GSK produced documents to Mylan pursuant to the Court's July 16, 2014 Order;

WHEREAS GSK filed a timely appeal (*see* D.E. 414) from, *inter alia*, the original Judgment (D.E. 389) in this Action and the July 16, 2014 Order, which appeal remains pending in the United States Court of Appeals for the Third Circuit (Appeal No. 14-3646);

WHEREAS Mylan moved this Court on December 23, 2014, for an order granting supplemental damages pursuant to the Court's July 16, 2014 Order (D.E. 421); and

WHEREAS GSK disputes Mylan's right to any recovery or damages in this Action, denies any and all liability, denies that Mylan is entitled to an accounting, and believes Mylan would not be entitled to any recovery or damages, including any supplemental damages, if the original Judgment and the July 16, 2014 Order are ultimately not upheld, but GSK is willing to enter into this Stipulation and Order because in the event the original Judgment and the July 16, 2014 Order are ultimately upheld, then Mylan would be entitled to the supplemental damages it seeks in its December 23, 2014 motion (D.E. 421);

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ORDERED by the Court that:

1. Mylan's request for supplemental damages in the amount of $13,681,359 is **granted**; and

2. The Judgment herein shall be amended to include supplemental damages in the amount of $13,681,359, for a total judgment of **$120,629,228**, which includes the original Judgment of $106,700,000 (D.E. 389), prejudgment interest in the amount of $247,869 (D.E. 419), and the supplemental damages that are the subject of this Stipulation and Order;

3. Nothing in this Stipulation and Order should in any way be construed as an admission or concession by GSK that GSK is in any way liable, that Mylan is

entitled to any recovery or damages in this Action, that Mylan is entitled to an accounting, or that Mylan is entitled to any additional damages sought; and

4. This Stipulation and Order shall not waive, limit or in any way affect GSK's rights to pursue its pending appeal (*see* D.E. 414) from the Judgment, the July 16, 2014 Order, this Stipulation and Order, or any other judgments, orders, rulings, findings, or opinions in this Action, and GSK's rights to pursue the pending appeal and to appeal any judgments, orders, rulings, findings, or opinions in this Action are expressly reserved.

5. Neither this Stipulation and Order nor any other filings made in this Court since GSK filed its August 15, 2014 Notice of Appeal (D.E. 414) require GSK to file a new notice of appeal to maintain the appeal currently pending before the United States Court of Appeals for the Third Circuit. The July 16, 2014 Order granting Mylan's motion for an accounting is before the Third Circuit in Appeal No. 14-3646 by virtue of GSK's notice of appeal. This order sets the amount of that accounting without prejudice to GSK's ability to challenge Mylan's entitlement *vel non* to an accounting in the currently pending appeal.

Dated: January 21, 2015

/s/ Wade G. Perrin

John Michael Vazquez, Esq.
**CRITCHLEY, KINUM & VAZQUEZ**
75 Livingston Avenue, 3rd Floor
Roseland, NJ 07068
Telephone: (973) 422-9200
Facsimile: (973) 422-9700

-------and---------

Wade G. Perrin, Esq.
Michael E. Johnson, Esq. (*pro hac vice*)
Natalie C. Clayton, Esq. (*pro hac vice*)
Christina Spiller (*pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Frank G. Smith, III, Esq. (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

*Counsel for Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc.*

Dated: January 21, 2015

/s/ Thomas A. Cunniff
_____

F. Christopher Mizzo (*pro hac vice*)
Michael A. Pearson, Jr. (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Thomas A. Cunniff
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(609) 896-3600

*Counsel for Defendants SmithKline Beecham Corp. (n/k/a GlaxoSmithKline LLC), SmithKline Beecham P.L.C. (n/k/a SmithKline Beecham, Limited), and SmithKline Beecham (Cork) Limited*

SO ORDERED, this 22 day of Jan, 2015,

_____
The Honorable Joel A. Pisano
United States District Judge