UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Mylan Inc., et al | : | Civil Action No. 3:10-CV-4809-JAP-LHG |
| Plaintiff. | : | CLERK'S ORDER |
| v. | : | |
| Smithkline Beecham Corporation, et al | : | |
| Defendant. | : | |

This matter having come before the Court upon the filing of a Complaint, Notice of Removal, <u>Notice of Appeal</u>, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF by Jack L. Kolpen, counsel for defendant Smithkline Beecham (Cork) Limited, in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

_X_  a.  An overpayment has been made by the filer, **OR**

___  b.  A duplicate, identical Complaint, Notice of Removal, Notice of Appeal, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

**IT IS** on this __23__ day of February 2015,

**ORDERED THAT,** the sum of $505.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: _____
Theresa L. Burnett
Chief Deputy Clerk